J-A16031-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| J.B. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| L.B. | : | |
| | : | |
| Appellant | : | No. 372 EDA 2018 |

Appeal from the Order Entered January 26, 2018
In the Court of Common Pleas of Montgomery County Civil Division at
No(s):  2017-21582

BEFORE:  BENDER, P.J.E., LAZARUS, J., and FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY LAZARUS, J.:                    **FILED JULY 13, 2018**

L.B. ("Mother") appeals from the custody order, dated January 24, 2018, and entered on the docket on January 26, 2018.  That order granted J.B. ("Father") primary physical custody of the parties' two minor children, granted Mother partial physical custody, and granted the parties shared legal custody.  Thereafter, the trial court, on January 29, 2018, granted Mother's preliminary objection to personal jurisdiction as a result of failure of service of the complaint in the underlying matter.  We, therefore, dismiss this appeal as moot*.*[1]  ***See Deutsche Bank National Company v. Butler***, 868 A.2d 574, 577 (Pa. Super. 2005) (issue is moot where if, in ruling upon issue, court cannot enter order that has legal force or effect).

---

[1] We note the Honorable Patricia E. Coonahan explicitly recognized that, rather than take an immediate appeal, the more prudent course would have been for Mother to file a petition to rescind the custody order.  ***See*** Trial Court Opinion, 3/14/18, at 8.

Appeal dismissed. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 7/13/18